IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

LAKESSESA SHONTEE SHAVERS                                      Plaintiff

v.                         4:10CV01949 HDY

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration,                                       Defendant

### JUDGMENT

Pursuant to the Order filed in this matter this date, it is Considered, Ordered and Adjudged that the decision of the Commissioner is affirmed and that Plaintiff's complaint is dismissed with prejudice.

IT IS SO ORDERED.

DATED this ___9___ day of January, 2012.

_____
UNITED STATES MAGISTRATE JUDGE